IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH DIGIROLAMO; and<br>GLORIA M. DIGIROLAMO,<br>　　　Plaintiffs | : | No. 3:08cv833 |
| | : | (Judge Munley) |
| v. | : | |
| CABOT OIL & GAS CORPORATION,<br>　　　Defendant | : | |

| | | |
|---|---|---|
| GREGORY HELLMUTH; and<br>KAREN HELLMUTH,<br>　　　Plaintiffs | : | No. 3:08cv835 |
| | : | (Judge Munley) |
| v. | : | |
| CABOT OIL & GAS CORPORATION,<br>　　　Defendant | : | |

| | | |
|---|---|---|
| ELWOOD C. KORBAN; and<br>EDITH KORBAN,<br>　　　Plaintiffs | : | No. 3:08cv1021 |
| | : | (Judge Munley) |
| v. | : | |
| CABOT OIL & GAS CORPORATION,<br>　　　Defendant | : | |

### ORDER

AND NOW, to wit, this 14th day of June 2010, the defendant's motions to lift the stay in the above-captioned cases (Doc. 11 in case no. 08cv1021, Doc. 14 in case no. 08cv833 and 835) are hereby **DENIED** as moot. The court never issued an

order staying these cases, and thus there is no stay to lift. Instead, the court granted the plaintiffs' motions to dismiss the cases without prejudice.

BY THE COURT:

_____
JUDGE JAMES M. MUNLEY
UNITED STATES DISTRICT COURT